# Wisconsin Court of Appeals

**2017 WI App 1**

(Also reported in 890 N.W.2d 48.)

| | | | |
|---|---|---|---|
| State ex rel. Redmond v. Foster | 2014AP002637 | 11–09–2016 | Affirmed |
| State v. Kuenzi† | 2015AP000364 CR, 2015AP001662 | 11–10–2016 | Affirmed |
| Starstead v. Schmidt | 2015AP000555 | 11–08–2016 | Affirmed |
| Leventi Trust v. Waltersdorf† | 2015AP001068 | 11–09–2016 | Affirmed |
| Central Wisconsin Elec. Coop. v. Hoffman | 2015AP001071 | 11–01–2016 | Affirmed |
| Bach v. St. Vincent Hosp.† | 2015AP001221 | 11–29–2016 | Affirmed and remanded |

† Petition to review filed.